IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF INDIANA, INDIANAPOLIS
DIVISION

| | |
|---|---|
| HOLLY THOMAS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CASE NO. 4:20-cv-209 |
| SHOSHONE TRUCKING, LLC. | ) |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

Plaintiff, Holly Thomas, hereby brings her Complaint against Defendant Shoshone Trucking Inc., and in support thereof states:

1. This Court possesses jurisdiction over this cause as Plaintiff presents claims under Title VII of the Civil Rights Act of 1964, as amended, 28 USC 2000e and 42 USC 1981A.

2. Venue is appropriate as the events took place in this judicial district.

3. Plaintiff is female and formerly worked as a truck driver for the Defendant in Seymour Indiana.

4. Defendant Shoshone, Inc., is an Indiana corporation located at 3115 W. 300, Peru Indiana 46970.

5. Plaintiff was constantly harassed by male employees at Shoshone since she began working there in late March 2019.

6. The employees who harassed Ms. Thomas were her supervisor Scott Birkshire, and co-employees Chris Bales, Jim Upton, and Bob Hollis. Scott Birkshire is the union steward for Teamster Local 135 and was Plaintiff's supervisor.

1

7. These employees constantly talked on the CB radio while at work saying nasty and rude things about Ms. Thomas.

8. On July 24, 2019, Ms. Thomas complained to the dispatcher, Ted Peters, but the harassment did not stop, it only got worse.

9. On July 26, 2019, Ms. Thomas called Ted Peters again and told him the harassment had gotten worse. Mr. Peters said there was nothing he could do about it.

10. After Ms. Thomas complained, she was retaliated against. Shoshone sent her to far away locations which resulted in Plaintiff being paid less for my work. Ms. Thomas had to drive from Seymour to Martinsville, even though by proper seniority Plaintiff should have remained working in Seymour.

11. On August 17, 2019, Ms. Thomas complained to the Company President, Rochelle Boyer about the harassment, but Ms. Boyer said there was little that she could do. Ms. Boyer acted as if she did not believe Ms. Thomas that she was being harassed.

12. After Ms. Thomas complained to the Company President, the harassment got much worse. Scott Birkshire grabbed Ms. Thomas and tried to lift up her shirt to expose her breasts. Mike Early lifted up his shirt and rubbed his nipple in a provocative manner. It was disgusting.

13. On August 14, 2019, Ted Peters and Scott Birkshire told Ryan Ledbetter, a co-employee, that they hoped Ms. Thomas would quit.

14. Other female employees such as Laurie Paul have also been harassed.

15. On August 19, 2019, Ms. Thomas was sent to Martinsville to work and when she arrived, there was no work to be done. Ms. Thomas contends this was done to reduce her pay and make her quit.

16. The wires on Plaintiff's brand new CB radio were cut and the axle oil cap on the wheel of Plaintiff's truck were intentionally damaged. Plaintiff believes this was done to intimidate her, to her cause her to wreck and to quit the job.

17. After Ms. Thomas complained about this harassment, Scott Birkshire threatened that he would call Child Protective Services and tell them that Plaintiff mistreated her son.

18. On October 4, 2019, Ms. Thomas filed her first EEOC charge, which was assigned Number 470-2020-00046.

18. On June 26, 2020, while the first EEOC charge was still pending, Ms. Thomas was called by Rochelle Boyer, the Shoshone President who said that "As of today, you have been terminated." Ms. Boyer gave no reason for the termination.

19. A letter dated June 29, 2020 from Ms. Boyer cited the following reasons for Plaintiff's termination:

  1. Violation of company harassment policy

  2. Endangerment of other employees

  3. Abandonment of job without proper notification (June 25, 2020)

20. These alleged reasons are lies. Ms. Thomas was fired in retaliation for filing an EEOC charge against Shoshone, and otherwise complaining of sexual harassment.

21. On June 26, 2020, Chris Bales, Bob Hollis and Jim Upton harassed Ms. Thomas at work. Bob Hollis said, "Move bitch." The other two were yelling at Plaintiff and honking their air horns at her.

22. Ms. Thomas did not violate the company harassment policy, endanger employees, or abandon her job.

23.     Shoshone did not investigate anything regarding the June 26, 2020 incident. Shoshone simply accepted the word of the other drivers, who were all men, and never asked Ms. Thomas what happened prior to firing Ms. Thomas.

24.     Plaintiff has experienced severe emotional distress and is in fear for her safety.

25.     Defendant is liable for creating a hostile work environment.

26.     Plaintiff timely filed EEOC charges against Defendant and has received a Right to Sue letter from the EEOC.

27.     Pursuant to 28 USC 2000e and 42 USC 1981A, Plaintiff has been discriminated against by Defendants and then retaliated against for complaining regarding this outrageous treatment as well as for filing an EEOC Charge.

28.     Defendants are strictly liable for the sexual harassment committed by their supervisor, Scott Birkshire.

29.     Defendants' actions have been outrageous, justifying both compensatory and punitive damages in favor of Plaintiff, who has suffered from emotional distress as a result of Defendant's conduct.

30.     Plaintiff is also entitled to attorney fees, costs, expert witness fees, pre and post judgment interest.

WHEREFORE, Plaintiff, Holly Thomas, hereby seeks all available damages against Defendant Shoshone Trucking, LLC., including but not limited to backpay, front pay, liquidated damages, compensatory damages, punitive damages, costs, attorney fees, and all other appropriate relief.

## **JURY DEMAND**

Plaintiff seeks a trial by jury.

Respectfully submitted,
*/s/ Mark Waterfill*
Mark R. Waterfill, Atty. No. 10935-49
5235 Decatur Boulevard
Indianapolis, IN 46241
 (317) 501-6060
mark@waterfilllaw.com